**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 889 MAL 2016

       Respondent    :

                    :    Petition for Allowance of Appeal from
          v.               :    the Order of the Superior Court

IVAN T. HOLLOWAY, SR.,    :

       Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.